# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2021 KW 0282

VERSUS

JOSEPH M. ANDREWS                                     **MAY 24, 2021**

---

In Re:    Joseph M. Andrews, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 41281.

---

**BEFORE: WELCH, THERIOT, AND HESTER, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a complete copy of the motion to quash filed with the district court, the district court's ruling on the motion, the bill of information, all pertinent minute entries and/or transcripts, and any other portion of the district court record that might support the claims raised in the writ application.

Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application must be filed on or before July 20, 2021. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

                              **JEW**
                              **MRT**
                              **CHH**

COURT OF APPEAL, FIRST CIRCUIT

*a.Smp*
_____
  DEPUTY CLERK OF COURT
     FOR THE COURT